Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-08-00616-CV

Diana Laura Flores **RUBIO**,
Appellant

v.

Jose L. **ANDRADE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-13796
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:   December 10, 2008

DISMISSED FOR WANT OF JURISDICTION

Appellant appeals the trial court's order holding her in contempt for failing to comply with an order of the court. This court does not have jurisdiction to review contempt orders by direct appeal. *Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985). Contempt orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985).

We ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. On November 7, 2008, appellant filed a written response. Appellant's response, however, offers no basis for this court to exercise jurisdiction over this appeal. The appeal is therefore dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH